UNITED STATES of America, Plaintiff–Appellee

v.

Anselmo SOLANO–CRUZ, Defendant–Appellant

No. 15–41686
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 07/08/2016

---

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Anselmo Solano–Cruz, Pollock, LA, Pro Se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Anselmo Solano–Cruz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Solano–Cruz has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Solano–Cruz's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.